SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| CRAIG W. WELLS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:19-cv-02150-KJN<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of March 16, 2020.

    This extension (32 days) is requested because the brief writer has an extremely heavy briefing calendar, including multiple oral arguments, and will need additional time to review the transcript prior to filing the Motion for Summary Judgment.

| | | |
|---|---|---|
| DATED: February 6, 2020 | | */s/ Shellie Lott*<br>Shellie Lott<br>Attorney for Plaintiff |
| DATED: February 6, 2020 | | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br><br>*/s/ Michael K. Marriott*<br>Michael K. Marriott,<br>(As authorized via E-mail on 2/5/20)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

## ORDER

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment/Remand on or before March 16, 2020.

Dated: February 6, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

well.2150